```
 1  LAW OFFICE OF JULIE M. MCCOY
    JULIE M. MCCOY, Bar no. 129640
 2  JACQUELYNE M. NGUYEN, Bar no. 249658
    1670 SANTA AVA AVE., SUITE "K"
 3  COSTA MESA, CA 92627

 4  Telephone: (949) 722-0055
    Fax: (949) 722-8416
 5
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 11-2654 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| MARIA GUARDADO, AKA MARIA GUADALUPE GARIBAY, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Maria Guardado, aka Maria Guadalupe Garibay, in the principal amount of $7,262.12 plus interest accrued to March 25, 2011, in the sum of $2,778.09; with interest accruing thereafter at $0.65 daily until entry of judgment, for a total amount of **$10,040.21**.

DATED: May 23, 2011        By: Terry Nafisi
                               Clerk of the Court
                               A. Martinez
                               Deputy Clerk
                               United States District Court